1  Sharidan Stiles
2  STILES 4 U , Inc.
   2570 Harlan Drive
3  Redding, CA 96001
   Telephone (530) 339-1933
4
5  Plaintiff In Propria Persona

**FILED**

JUL 1 1 2014

CLE... ... ...ICT COURT
EAS TERN DISTRICT OF CALIFORNIA
P... ..._____
...PUTY CLERK

6
7
8
9                  IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA

**2:1 4 - CV - 1 6 3 7 JAM CMK PS**

11  SHARIDAN STILES, Individually and     )   CASE No.
    formerly doing business as STILES RAZOR; )
12  STILES 4 U, Inc., a California corporation; )   **COMPLAINT FOR:**
    formerly doing business as STILES      )
13  PERSONAL CARE, Inc., a California      )
14  corporation,                          )   **1. FEDERAL TRADEMARK INFRINGE-**
                                          )      **MENT [15 U.S.C. §1114]**
15            Plaintiff,                   )
                                          )   **2. FEDERAL UNFAIR COMPETITION**
16  vs.                                   )      **[15 U.S.C. §1125(a)]**
                                          )
17  WAL MART STORES, Inc.; COTY, Inc.;    )   **3. STATUTORY UNFAIR COMPETI-**
    AMERICAN INTERNATIONAL INDUS-         )      **TION [CA B & PC §17200, et seq.]**
18  TRIES, Inc.; PACIFIC WORLD Corp.; and, )
    DOES 1 to 100, Inclusive,             )   **4. COMMON LAW TRADEMARK**
19                                         )      **INFRINGEMENT And UNFAIR**
              Defendants.                  )      **COMPETITION**
20  _____  )
                                              **5. ANTI-TRUST and COLLUSION**
21                                            **[15 U.S.C. §1; 15 U.S.C. §§15, et seq.]**
22
23                                            **JURY TRIAL DEMANDED**
24
25         COMES NOW, SHARIDAN STILES, Individually and formerly doing business as
26  STILES RAZOR; STILES 4 U, Inc., a California corporation and formerly incorporated as STILES
27  PERSONAL CARE, Inc., also a California corporation, and alleges the following:
28
                               **INTRODUCTION**
           SHARIDAN STILES brings this action individually and in her official capacity as

**Complaint for Unfair Business Practices and Unfair Competition - 1**

the President of STILES 4 U, Inc. ("STILES") against WAL MART STORES, Inc., ("WAL MART"), COTY, Inc. (COTY), AMERICAN INTERNATIONAL INDUSTRIES, Inc. (AII) and PACIFIC WORLD Corp. (PACIFIC WORLD), for unfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce.

## JURISDICTION AND VENUE

1. The Plaintiff alleges violations of Federal unfair competition and related laws, (15 U.S.C. §1125 (a), commonly known as Section 43(a) of the Lanham Act), and violations of the Unfair Competition Laws under provisions of the California Business and Professions Code and seeks equitable relief and damages under those laws. All claims under federal and state law area based upon a common nucleus of operative facts, and the entire action commenced by this Complaint constitutes a single case that would ordinarily be tried in one judicial proceeding.

2. The Court further has jurisdiction over the federal claims under 28 U.S.C. §§1331, 1337 and 1338 *et seq.* The Court has jurisdiction over state claims under 28 U.S.C. §1367 because those claims are so related to the federal claims that they form part of the same case or controversy.

3. Venue is proper in this District under 15 U.S.C. §22 and 28 U.S.C. §1391 because WAL MART, COTY, PACIFIC WORLD and AMERICAN INTERNATIONAL INDUSTRIES, Inc., all transact business, committed an illegal or tortious act, and are found in this District, within the meaning and scope of 15 U.S.C. §22, Cal. Bus. & Prof. Code §1672 and 28 U.S.C. §1391 (b) and (c), and a substantial part of the events giving rise to the claims arose in this District.

## PARTIES

4. Plaintiff, SHARIDAN STILES, is the creator, designer and owner of certain razors and other beauty products, formerly doing business as STILES RAZOR. Plaintiff then incorporated as STILES PERSONAL CARE, Inc., a California Corporation, which was succeeded by STILES 4 U, Inc., a California Corporation, with its principal place of business in Redding, California (hereinafter referred to as "STILES").

5. WAL MART is a corporation organized, existing, and doing business under

and by virtue of the laws of the State of Delaware, with its office and principal place of business located at 702 Southwest 8th Street, Bentonville, Arkansas 72716.

6.  COTY is a corporation organized, existing, and doing business under and by virtue of the laws of the State of Delaware, with its office and principal place of business at 350 Fifth Avenue 17th floor, New York, NY 10118.

7.  PACIFIC WORLD is a corporation organized, existing, and doing business under and by virtue of the laws of the State of Delaware, with its office and principal place of business at 75 Enterprise, Suite 300, Aliso Viejo, CA 92656.

8.  AMERICAN INTERNATIONAL INDUSTRIES is a corporation organized, existing, and doing business under and by virtue of the laws of the State of Delaware, with its office and principal place of business at 2220 Gaspar Avenue, Los Angeles, CA 90040.

9.  On information and belief, there are other individuals who make, obtain, distribute, supply and sell products in violation of law, and violate Plaintiff's rights.  Plaintiff is ignorant of their true identity or complete role in the alleged conduct and therefore sues them by the fictitious names DOES 1 to 100.  Plaintiff is informed and believes that each of the Defendants designated as a DOE is liable in some manner for the acts and omissions, damages and injuries alleged in this Complaint.  Plaintiff will seek to amend this Complaint to state the true identities of DOES 1 to 100 when ascertained.  WAL MART and the DOE Defendants are referred to collectively as "Defendants".

10.  On information and belief, each of the Defendants was at all relevant times acting to the fullest extent recognized by law, as the agent, employee, or otherwise acting on behalf of each of the other Defendants and that in committing the acts and omissions alleged herein and causing the damage alleged, was acting within the scope of such agency, employment, joint venture or partnership relationship.

11.  On information and belief, there exists, and at all times herein mentioned there existed, a unity of interests and ownership between Defendants such that any individuality and separateness between Defendants never existed or has ceased to exist, and the Defendants are in each instance the alter ego of the other Defendants who control each entity.  To adhere to

1  the fiction of the separate existence of the entities as separate and distinct from the Defendants

2  identified with them as owning and controlling them would permit an abuse of the corporate and

3  other entity privileges, would sanction fraud and would promote injustice.

4  **PLAINTIFF'S PRODUCT LINE**

5  12.  STILES invented and has patents and patents pending on a miniature razor

6  called "Stiles Razor" which is a variety of razors comprised of various narrow-width blades of

7  one inch or smaller.  All sizes would be disposable and non-disposable with options that include

8  interchangeable blade heads that snap on and off the handle for different shaving applications,

9  such as eyebrows, bikini, goatee and scalp art.   True and correct color photographs of the

10  eyebrow razor are shown below:




23  13.  STILES sought and received patents and/or trademarks for this product in the

24  United States, Mexico, Canada, Europe, Australia, Office for Harmonization in the International

25  Market (OHIM), and The International Catalogue of Trademarks, 2012.

26  14.  In 2003, STILES, doing business as STILES RAZOR, presented this product

27  and idea to WAL MART, who agreed to distribute and market the razor under two (2) applica-

28  tions (women's eyebrow razor and men's detail razor) for a test at five hundred (500) stores.

15.  In 2007, the product was placed in WAL MART in Department 02 (Wet

**Complaint for Unfair Business Practices and Unfair Competition - 4**

1   Shave). Due to its great success in sales, additional stores were supplied with the product
2   (offered in over 2,300 stores, with gross sales of $694,568). By 2008, it was to be in over 3,000
3   stores.

4       16. For reasons not apparent, at the height of successful sales, the buyer for WAL
5   MART (HEATHER RONCHETTO) stated that the product would be deleted (dropped) by the
6   end of 2009.

7       17. STILES worked with WAL MART's Supplier Diversity Department
8   (THERESA BERRERA), at which time WAL MART agreed to continue to market the STILES
9   product line and moved the product line from Department 02 (Wet Shave) to Department 46
10  (Beauty) during 2011 and 2012. Sales figures during this period were over half a million dollars,
11  generated from an estimated 1,334 stores.

12      18. In March 2012, STILES flew to Arkansas at WAL MART's request and met
13  with the buyer (CAROLINE DAY) and Department Merchandising Manager for WAL MART
14  (CARMEN BAUZA) to go over the annual product line and review. WAL MART indicated the
15  line was "doing very well" and approached STILES about making some changes and adding new
16  products to the line. Among them, changing to a 4-pack rather than a 6-pack and introduction of
17  a bikini razor and men's razor. STILES agreed and promised to produce the products in time for
18  the 2013 fiscal year. STILES expended great effort and significant monies in producing samples
19  for WAL MART's approval.

20      19. Approximately two months later, agents of WAL MART, namely, CARMEN
21  BAUZA, CAROLINE DAY and THERESA BERRERA, Vice-President of Diversity, had a
22  conference call with STILES and notified her that despite the March meeting, the product line
23  would again be phased out by December 1, 2012.

24      20. STILES then discovered on the WAL MART internet online shopping site,
25  WALMART.COM, a new product called *"SALON PERFECT MICRO RAZOR"*. This product
26  was also found by searching "STILES RAZOR". It was nearly identical to the STILES RAZOR,
27  including style, color and size, and was being offered *exclusively* by WAL MART (see Exhibit
28  "A" attached hereto and made a part hereof). Plaintiff is informed and believes and thereon

1  alleges that this *SALON PERFECT* product is manufactured by AMERICAN INTERNA-

2  TIONAL INDUSTRIES, Inc., on behalf of and for WAL MART.  STILES then found WAL

3  MART's exclusive *SALON PERFECT* product being displayed in the same location as hers (see

4  Exhibit "B" attached hereto and made a part hereof).

5        21.  STILES reviewed some earlier emails she had exchanged with ESTHER

6  GIFFORD, her buyer for WAL MART.  In analyzing those emails, STILES discovered that

7  highly-sensitive, required confidential reports STILES sent to WAL MART were subsequently

8  forwarded by ESTHER GIFFORD to MELANIE JONES with PACIFIC WORLD (who led

9  STILES to believe she was an employee of WAL MART (see Exhibit "C" e-mails attached

10  hereto and made a part hereof)), and, ROBIN FOSHEE with COTY- two competitors of

11  STILES.  The emails were the complete product line proposals of STILES RAZOR for the

12  following year's line.

13

14  ### FIRST CLAIM FOR RELIEF

15  **FOR UNFAIR BUSINESS PRACTICES AND UNFAIR COMPETITION**

16  **(California Business and Professions Code § 17200 *et seq.*,**

17  **and Section 43(a) of the Lanham Act)**

18        22.  STILES incorporates and realleges paragraphs 1 through 21 of this

19  Complaint.

20        23.  Defendant engaged in the production, marketing and sale of a nearly identical

21  razor product after discontinuing a long-standing vendor-vendee relationship with STILES.

22        24.  In performing the acts and unfair business practices, Defendants are engaging

23  in unlawful and unfair competition of STILES' rights.  Defendants have obtained revenue and

24  profit by their acts of unfair competition and they should be ordered to disgorge all such revenue

25  and profit.  Defendants will continue such unfair and fraudulent business practices unless and

26  until they are restrained.

27        25.  On information and belief, Defendants, in engaging in the conduct described

28  herein, knowingly, intentionally and willfully intended to produce and market a substantially

1 | identical product as the patented STILES products and to cause injury to STILES.

2 |      26. STILES has no adequate remedy at law. Defendants' acts and omissions as

3 | alleged herein will engender the need for a multiplicity of judicial proceedings and will cause

4 | damages to STILES that are difficult, if not impossible, to measure. Unless Defendants are

5 | preliminarily and permanently enjoined from committing the unlawful acts alleged, STILES will

6 | continue to suffer irreparable harm.

7 |      27. Beginning at least in July 2009, and continuing thereafter at least up to and

8 | including the end of 2012, Defendants committed acts of unfair competition, as defined by

9 | Sections 17200, *et seq.,* of the California Business and Professions Code.

10 |      28. The acts, omissions, misappropriation, misrepresentations, practices and non-

11 | disclosures of WAL MART, COTY, PACIFIC WORLD and AMERICAN INTERNATIONAL

12 | INDUSTRIES as alleged herein, constituted unfair competition by means of unfair, unlawful,

13 | and/or fraudulent business acts or practices within the meaning of the California Business and

14 | Professions Code, Sections 17200, *et seq.*

15 |      29. The acts by the Defendants caused economic injury to STILES through

16 | Defendants' deceptive and wrongful business practice and trade practices. The harm alleged

17 | herein to STILES far outweighs any benefit to the public or consumer.

18 |      30. On information and belief, Defendants, in engaging in the conduct described

19 | herein, intentionally distributed and sold a substantially similar product, knowing they bore the

20 | same name, purpose, color, style, and design.

21 |      31. As a direct and proximate result of Defendants' wrongful conduct,

22 | Defendants have been unjustly enriched and have caused injury to STILES' business, goodwill,

23 | and property rights, and STILES has suffered damages in an amount according to proof at trial.

24 | **<u>SECOND CLAIM FOR RELIEF</u>**

25 | **FOR TRADEMARK INFRINGEMENT UNDER 15 U.S. §1114**

26 |      32. STILES incorporates and realleges paragraphs 1 through 31 of this

27 | Complaint.

28 |      33. STILES owns patents and trademarks in South, Central and North America.

Defendants have infringed the STILES trademarks and patents by distributing an infringing product (*SALON PERFECT* brand) without STILES' authorization, including the distribution of products with virtually indistinguishable, counterfeit STILES' designs (see Exhibit "D" re HIFINE INTERNATIONAL ENTERPRISES, Ltd., a WAL MART international company, which shows the *Salon Perfect* brand item marketed as a STILES RAZOR product).

34. Defendants' distribution and sale of infringing products have a substantial effect on interstate commerce, having caused consumer confusion, and are likely to continue to cause consumer confusion and to deceive the public that the infringing product is the STILES RAZOR.

35. As a direct and proximate result of Defendants' wrongful conduct, Defendants have been unjustly enriched and have caused injury to STILES personally, to her business, goodwill, and, property rights. STILES has suffered damages in an amount to be determined, according to proof at trial.

**THIRD CLAIM FOR RELIEF**

**FOR COMMON LAW TRADMARK INFRINGEMENT AND**

**UNFAIR COMPETITION (AGAINST ALL DEFENDANTS)**

36. Plaintiff STILES, et al, incorporates and realleges paragraphs 1 through 35 of this Complaint as though fully set forth herein.

37. Defendants' actions constitute infringement of STILES, et al. common law rights in the STILES' trademarks and the STILES Trade Dress, and has confused and deceived the public concerning the source, affiliation or sponsorship of the Infringing Products.

38. As a direct and proximate result of Defendants' wrongful conduct, Defendants, and each of them, have been unjustly enriched and have caused injury to STILES, et al. business, goodwill and property, and STILES, et al. has suffered in an amount to be determined at trial.

39. On information and belief, Defendants' acts and omissions as alleged herein were committed knowingly, intentionally and willfully with the intent to trade on STILES' goodwill in the STILES Line, the STILES Trademarks and the STILES Trade Dress.

40. Plaintiffs STILES, et al., have no adequate remedy at law. Defendants' acts and omissions as alleged herein will engender the need for a multiplicity of judicial proceedings and will cause damages to STILES, et al, that are difficult, if not impossible, to measure. Unless Defendants are preliminarily and permanently enjoined from committing the unlawful acts alleged, including infringement of the STILES' Trademark and the STILES Trade Dress, STILES will continue to suffer irreparable harm.

41. On information and belief, Defendants, and each of them, in engaging in the conduct described herein, knowingly, intentionally and willfully intended to trade on the reputation and good will of STILES, et al; the STILES Trademarks; the STILES Trade Dress; and, the STILES Line, and, to cause injury to STILES, et al. STILES, et al., should be awarded punitive damages.

## FOURTH CLAIM FOR RELIEF

### FOR ANTI-TRUST AND COLLUSION [15 U.S.C. §1; 15 U.S.C. §12]

42. Plaintiff STILES, et al, incorporates and realleges paragraphs 1 through 41 of this Complaint as though fully set forth herein.

43. In violation of the *Sherman Act* [15 U.S.C. §1], which prohibits unfair competition, Plaintiff STILES is informed and believes and thereon alleges that Defendants, and each of them, engaged in activities intended to restrict inter-state commerce and competition in the market place with regard to Plaintiff's products. As a result, Plaintiff was damaged in an on-going amount to be determined at trial.

44. In violation of the *Clayton Act*, later amended by the *Robinson Act* [15 U.S.C. §12], which prohibits exclusive dealing agreements, Plaintiff is informed and believes and thereon alleges that Defendants, and each of them, engaged in activities intended to limit and eliminate her products by engaging in secret partnerships and marketing practices developed to break her financially and push out of the razor market as a business entity. As a direct result of Defendants' actions, Plaintiff was damaged and continues to be damaged in an amount to be determined at trial.

45. Defendants purposely, knowingly and intentionally sabotaged the success of

1   the STILES line by not replenishing and warehousing Plaintiffs' product.  Then, WAL MART

2   pulled Plaintiff's products, prior to expiration of the Parties' contract.  On information and belief,

3   Plaintiff alleges that WAL MART already pursued manufacturing and distributing of an identical

4   product elsewhere so WAL MART did not need Plaintiffs' product anymore.

5          46.  Defendant WAL MART, shipped back the unused STILES product, despite

6   over a half million dollars in product sales and billed her for monies they had advance to her.

7   They then turned the billings over to a collection agency – all in an attempt to break her

8   financially, and, to harm her mentally, physically and emotionally.  STILES was a "5-Star

9   company"; and, was #1 in sales on-line at Walmart.com in the "Shave" category.

10        47.  Prior to going to WAL MART, Plaintiff was dealing with DEE DEE

11   PRIEST, former New Product Developer for SAFEWAY STORES, Inc..  PRIEST had

12   Plaintiff's entire product line and plans in her possession when she left SAFEWAY to go to work

13   for WAL MART as Senior Vice-President and General Merchandising Manager for WAL

14   MART.  In addition, CARIE HIVELY of AMERICAN SAFETY RAZOR Company, was

15   referred by SAFEWAY STORES, Inc. to manufacture a private label.  These persons, under their

16   employment with WAL MART, Inc., had first-hand knowledge of Plaintiff's work product and

17   plans.

18        48.  WAL MART claims to help women-owned businesses, small businesses and

19   new innovation; however, Plaintiff is informed, believes and thereon alleges that WAL MART

20   instead, uses its year-in-advance, operating-plan requirement for parties such as Plaintiff to

21   disclose their inventions and then WAL MART enters into secret manufacturing agreements with

22   other major product manufacturers and distributors, thereby driving out the small business

23   persons and entities.  As soon as Plaintiff discovered Defendant WAL MART's manufacturing

24   and marketing of Plaintiff's STILES RAZOR under WAL MART's **exclusive product line**

25   *Salon Perfect* (see Exhibit "D" attached hereto and made a part hereof).  When Plaintiff

26   confronted WAL MART about such an egregious act, WAL MART pulled its *Salon Perfect*

27   product line from its shelves.  However, this did not help Plaintiff as her product line, her good

28   name and marketing was destroyed and/or damaged because other distributors such as TARGET,

1  RITE AIDE, WALGREENS, etc., would not "place a product that had failed" and could go with

2  similar products from their long-time partners.  Her product had not failed; it was pulled from

3  distribution to allow other companies to manufacture and sell the same product, a product which

4  name is now universally known as a "STILES RAZOR".

5          49.  Based upon the above-stated facts, it is clear that Defendant, WAL MART,

6  uses its own "anti-trust" policy with its suppliers to intimidate them, but then violates anti-trust

7  law itself (See Exhibit "E" attached hereto and made a part hereof).

8

9                              **PRAYER**

10          **WHEREFORE,** STILES prays for judgment as follows:

11          1.  For preliminary and injunctive relief against Defendants, and each of them,

12  and their officers, agents, attorneys, representatives, and assigns, and all persons acting in active

13  concert or participation with them, from unlawfully producing, marketing, selling, or otherwise

14  profiting from a product that is substantially similar to the STILES line of products;

15          2.  For the Court to adjudge and decree that the actions of Defendants, and each of

16  them, and their officers, agents, attorneys, representatives, and assigns, and all persons acting in

17  active concert or participation with them violate the Unfair Competition Law, Sections 17200, *et*

18  *seq.,* of the Business and Professions Code;

19          3.  For Plaintiff to be awarded civil penalties, pursuant to California Business and

20  Professions Code Section 17206 for violation of the Unfair Competition Law as set forth in this

21  Complaint;

22          4.  For Plaintiff to be awarded civil penalties, pursuant to 15 U. S. C. §§ *1 et seq.*;

23  12; 1114, 1125 *et seq.* for violation of the Unfair Competition laws, trademark infringement and

24  anti-trust laws as set forth in this Complaint;

25          5.  For damages in an amount according to proof at trial and trebled as permitted

26  or required by law;

27          6.  For Plaintiff to be awarded the costs of this action and reasonable attorney's

28  fees, if any;

1    7.  For punitive damages; and,

2    8.  That Plaintiff be awarded such other relief as this Court may deem just and

3    proper to redress and prevent recurrence of the alleged violations.

4

5                            **JURY TRIAL DEMAND**

6    Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff hereby

7    demands a trial by jury for all issues so triable.

8

9    Dated: July  _10_ , 2014            **STILES 4 U, Inc.**, a California Corporation

10

11                                       _Sharidan L. Stiles_

12                                       SHARIDAN STILES
                                         Plaintiff In Propria Persona

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT "A"

ENTER TO WIN
*Footloose* Movie Tickets

JOIN OUR NEWSLETTER

Salon Quality. Perfect Price.

SEARCH

ABOUT    WHAT'S NEW    LASHES    KITS    BROWS    HOW TO VIDEOS    IN THE PRESS    WHERE TO BUY    CONTACT US



Only at:
Save money. Live better.

Find a Store

© 2011. All Rights Reserved. Salon Perfect ®  Legal & Privacy

Join us on Facebook    Follow us on Twitter    Subscribe to our channel

# Walmart
Save money. Live better.

Clearance savings at our Haunted Warehouse Event

**New customer?** Sign In   Help

Value of the Day   Weekly Ad   Store Finder   Registry   Gift Cards

Track My Orders   My Account   My Lists

See All Departments ▾   Search All Departments | stiles razor | Go   🛒 My Cart (0) ▾   My Store

Did you mean "scales razor" ?

Refine by   Price ▾   Top Brands ▾   Store Availability ▾

Sort by   Best Match ▾

**Departments**
- Beauty
  - Shaving
- Health
  - Personal Care

**Refine Results**

▾ **Brand**
  - Salon Perfect (1)

▾ **Gender**
  - Women (1)

▾ **Retailer**
  - Walmart.com (1)

▾ **Special Offers**
  - New (1)

**Recently Viewed Items**


Salon Perfect Micro Razors, 3 count
In stores only


Deluxe Import Trading 51-01089 Eyebrow R...
$71.47


Pure Health Appetite Suppress
$9.98

Clear this list

ADVERTISEMENT

**1 Results**

Salon Perfect Micro Razors, 3 count

In stores only

- Pain-free hair removal
- For face and neck
- Easy-grip handle

**Related Searches**

stiles eyebrow razor

**Sponsored Links**                                                                What's this?

Norelco™ Shavers for Men    Explore The Entire Shavers Range! Check The Official Philips Website.
www.norelco.philips.com/

Stiles Eyebrow Razor    Find our Lowest Possible Price! Search for Stiles Eyebrow Razor
www.shop411.com/Stiles+Eyebrow+Razor

STIHL® USA    Built In America With Quality. Learn More About STIHL Tools Here.
www.stihlusa.com/

Stiles Razor    Search for Stiles Razor. Find Expert Advice on About.com.
____.___+Razor

Stiles Razor    Over 100 Million Visitors. Discover and Explore on Ask.com!
____.__s+Razor

**You May Also Like**


Trim Specialty Care Eyebrow Shapers
★★★
$2.⁶⁷

 
Conair Ladies 7 In One Trimmer
★★★
$5.⁹⁷

Trim Home Beauty Tools Eyebrow Shaper
★★★
List Price: $3.76
You Save: $1.79


Bulk Buys BE012-24 Eyebrow Razor Set -...
★★★
$43.⁰²

Sally Hansen Eyebrow, Face & Lip...
★★★★★
$5.⁴⁴


Nad's Facial Wand Eyebrow Shaper
★★★★
$7.⁴³

❯

Walmart Partner

Did you find the product or service you were looking for?  Yes  No

# Sign up for savings Get Walmart values delivered to your inbox.

  Like us    Mobile apps

EXHIBIT "B"



EXHIBIT "C"

**Subject: FW: Forms for line review 2012**
**Date:** Friday, July 22, 2011 at 2:09 PM
**From:** Melanie Jones <MJones@pwcosmetics.com>
**To:** Sharidan Stiles <sharidan@stilesrazor.com>
**Cc:** <esther.gifford@wal-mart.com>

Sharidan,
I believe the check digit is included on the paperwork for the 2 Count Razor pack. Please confirm that the correct UPC should be 008-92820-00008 and update paperwork.

Thank you,
Melanie Jones
Senior Category Advisor- WM Beauty Accessories

**From:** Esther Gifford [mailto:ejdrain@wal-mart.com]
**Sent:** Thursday, April 21, 2011 5:13 PM
**To:** Coty US - Robin Foshee; Melanie Jones
**Subject:** FW: Forms for line review 2012

**From:** Stiles Razor - Sharidan Stiles
**Sent:** Thursday, April 21, 2011 4:47 PM
**To:** Esther Gifford
**Subject:** Forms for line review 2012

Esther,

Attached are the forms that are due.  Look forward to speaking with you.

Thanks you,
Sharidan

*S.L. Stiles*
*President: Stiles Razor:  2570 Harlan Drive; Redding, California  96003*
*Direct: 530-229-1007  Mobile: 530-339-1933*

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

**This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.**

**\*\*\* Walmart Confidential \*\*\***

**Subject:** Forms 2012
**Date:** Tuesday, July 26, 2011 1:16:17 PM Pacific Daylight Time
**From:** Sharidan Stiles <sharidan@stilesrazor.com>
**To:** Esther Gifford <ejdrain@wal-mart.com>, Melanie Jones <MJones@pwcosmetics.com>
**Category:** Family

Melanie,

Attached is the new bar code for the 2-pack. Both items will be 1-Synced by tomorrow.

Thanks,
Sharidan

---

**From:** Melanie Jones <MJones@pwcosmetics.com>
**Date:** Fri, 22 Jul 2011 14:09:26 -0700
**To:** Sharidan Stiles <sharidan@stilesrazor.com>
**Cc:** <esther.gifford@wal-mart.com>
**Subject:** FW: Forms for line review 2012

Sharidan,
I believe the check digit is included on the paperwork for the 2 Count Razor pack. Please confirm that the correct UPC should be 008-92820-00008 and update paperwork.

Thank you,
Melanie Jones
Senior Category Advisor- WM Beauty Accessories

**From:** Esther Gifford [mailto:ejdrain@wal-mart.com]
**Sent:** Thursday, April 21, 2011 5:13 PM
**To:** Coty US - Robin Foshee; Melanie Jones
**Subject:** FW: Forms for line review 2012

**From:** Stiles Razor - Sharidan Stiles
**Sent:** Thursday, April 21, 2011 4:47 PM
**To:** Esther Gifford
**Subject:** Forms for line review 2012

Esther,

Attached are the forms that are due. Look forward to speaking with you.

Thanks you,

Sharidan

*S.L. Stiles*
*President: Stiles Razor:  2570 Harlan Drive; Redding, California  96003*
*Direct: 530-229-1007  Mobile: 530-339-1933*

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

**This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.**

**\*\*\* Walmart Confidential \*\*\***



8  92820 00029  8

**Subject:** RE: Forms 2012
**Date:** Wednesday, July 27, 2011 at 12:58 PM
**From:** Esther Gifford <ejdrain@wal-mart.com>
**To:** Sharidan Stiles <sharidan@stilesrazor.com>, Pacific World Corporation - Melanie Jones <mjones@pwcosmetics.com>
**Category:** Wal-Mart

Please confirm the upc.  Also confirm if for the assortment they will all have one upc and just different item numbers.


**Thanks,**
**Esther Gifford**
**Beauty Buyer**
**Phone: 479-277-8773**
**Email: Esther.Gifford@wal-mart.com**
**Walmart**
**702 SW 8th Street**
**Bentonville, AR 72716-0020**
**Save money. Live better.**

**From:** Stiles Razor - Sharidan Stiles
**Sent:** Tuesday, July 26, 2011 3:16 PM
**To:** Esther Gifford; Pacific World Corporation - Melanie Jones
**Subject:** Forms 2012

Melanie,

Attached is the new bar code for the 2-pack.  Both items will be 1-Synced by tomorrow.

Thanks,
Sharidan

---

**From:** Melanie Jones <MJones@pwcosmetics.com>
**Date:** Fri, 22 Jul 2011 14:09:26 -0700
**To:** Sharidan Stiles <sharidan@stilesrazor.com>
**Cc:** <esther.gifford@wal-mart.com>
**Subject:** FW: Forms for line review 2012

Sharidan,
I believe the check digit is included on the paperwork for the 2 Count Razor pack. Please confirm that the correct UPC should be 008-92820-00008 and update paperwork.

Thank you,
Melanie Jones
Senior Category Advisor- WM Beauty Accessories

**From:** Esther Gifford [mailto:ejdrain@wal-mart.com]
**Sent:** Thursday, April 21, 2011 5:13 PM
**To:** Coty US - Robin Foshee; Melanie Jones
**Subject:** FW: Forms for line review 2012

**From:** Stiles Razor - Sharidan Stiles
**Sent:** Thursday, April 21, 2011 4:47 PM
**To:** Esther Gifford
**Subject:** Forms for line review 2012

Esther,

Attached are the forms that are due.  Look forward to speaking with you.

Thanks you,
Sharidan

*S.L. Stiles*
*President: Stiles Razor:  2570 Harlan Drive; Redding, California  96003*
*Direct: 530-229-1007  Mobile: 530-339-1933*

*PRIVILEGED AND CONFIDENTIAL COMMUNICATION*
*This electronic transmission, and any documents attached hereto, may contain confidential and/or legally privileged information. The information is intended only for use by the recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any*

*disclosure, copying, distribution, or use of the contents of information received in error is strictly prohibited.*

**This email and any files transmitted with it are confidential and intended solely for the individual or entity to whom they are addressed. If you have received this email in error destroy it immediately.**

**\*\*\* Walmart Confidential \*\*\***

## Beauty Accessories Modulars

| Item Status (Add, Delete, or Keep) | Brand | Category | Sub Category | Supplier | Fineline Number | Fineline Description | 13 Digit UPC (DO NOT inclu check digit or any hyphens |
|---|---|---|---|---|---|---|---|
| Delete | Stiles | Beauty Accessories | Lashes & Brow | Stiles Personal Care; Inc. | 3305 | Eyebrow | 0089282000000 |
| Add | Stiles | Beauty Accessories | Lashes & Brow | Stiles Personal Care; Inc. | 3305 | Eyebrow | 0089282000029 |
| Add | Stiles | Beauty Accessories | Lashes & Brow | Stiles Personal Care; Inc. | 3305 | Eyebrow | 0089282000003 |



| Item Description | Vendor Pack Qty (Case) | Whse Pack Qty (Inner) | Item Type (20,37,etc.) | Color | Height (measured in Inches from Top to Bottom) | Width (measured in Inches from Left to Right) | Depth (measured in Inches from Front to Back) | Unit Cost | Unit R (Suggest NEW It Actuals fo & Dele |
|---|---|---|---|---|---|---|---|---|---|
| Stiles Razor for Eyebrows 1ct | 32 | 8 | | Multi | 6 | 3 | 0.25 | $1.83 | $2.94 |
| Stiles Razor for Eyebrows 2ct | 24 | 6 | | Multi | 6 | 3 | 0.25 | $2.97 | $4.94 |
| Stiles Razor for Eyebrows 6ct | 24 | 6 | | Multi | 6 | 3 | 0.1 | $9.15 | $14.70 |

Planograms across:

| UPC | Name | MANUFACTURER | ADD/NEW/EXISTING | Retail | #1: 160183 , 04FTX78IN LASH ONLY - 160183, 4 ft | #2: 135072 , 04ftX78in - 135072, 4 ft | #3: 135073 , 04ftX66in NM - 135073, 4 ft | #4: 135074 , 04ftX78in RCL B - 135074, 4 ft | #5: 160185 , LASH/BRUSH COMBO - 160185, 4 ft | #6: 57298 , 04ftX66in Lash - 57298, 4 ft | #7: 57299 , 04ftX66in NM - 57299, 4 ft | #8: 57297 , 04ftX78in Lash - 57297, 4 ft | #9: 57300 , 04ftX78in Lash - 57300, 4 ft | #10: 138312 , 04ftX78in RCL - 138312, 4 ft |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | A = ADD | | | | D = DELETED | | | | E=EXISTING | |
| 0089282000029 | Stiles Razor For Eyebrows 2ct | STILES | NEW | $4.94 | E | E | E | E | E | A | A | E | E | E |
| 0089282000003 | Stiles Razor For Eyebrows 6ct | STILES | NEW | $14.68 | A | A | A | A | A | A | | A | A | A |
| 0089282000000 | Stiles Razor for Eyebrows 1ct | STILES | DELETED | $2.94 | D | D | D | D | D | | | D | D | D |

EXHIBIT "D"

 English

# Custom Bag Factory
A Hifine Enterprise Company

Home | About us | Products | News | Contact us | Sitemap | Feedback

Search



bags
people
care

**Products List**

⌂ Home > All Components > Luggage Tags > Mini Eye Brow Razor

**All Components**
Luggage Handle
Luggage Tags
Luggage Wheel
Shopping Trolleys
**Custom Bags**
Backpacks
Beauty Bag
Business Bags
Duffel Bag
Tool Bags
Waist Packs
**Tote Bags**
Cooler Bags
Green Bags
Paper Bags
Tote Bags
Tyvek Bags
Wine Bags

**Contact Info**

**Custom Bag Factory**

Tel :86-573-85127882,

Fax: 86-573-85128016

Email: sales@bagfactorys.com

## Mini Eye Brow Razor



Manufacturer of Mini Eyebrow Razor
Stiles Eyebrow Razor Manufacturer
More details

**Send Inquiry Now**



More info

Mini Eyebrow Razor

**Description:**
Total New Design
Safe blade for gentle use
Available in multiple colors
Custom packaging is available
Custom logo is available

Copyright © 2011 Hifine International Enterprise Ltd All rights reserved
Powered By WebSun
Custom Bag Factory | Custom Backpack Factory | Custom Cosmetic Bag Factory | Custom Cooler Bag Factory | Custom Tote Bag Factory, Custom Duffel Bag Factory | Custom Laptop Bag Factory

**EXHIBIT "E"**

wikinvest™   eg. GOOG, iPhone, Yen, or Gold      Q   Search      New! Portfolio    Login / Sign Up

companies    concepts    commodities    funds & indices    global markets    money school

FEATURED BROKERS      Vanguard®

OPEN ▽                    OPEN ▽        OPEN ▽        OPEN ▽

**Wal-Mart (WMT)**

## 75.68 ⬇ 0.19 (0.25%) as of Jun 20, 4:00 PM EDT

| ANALYSIS | SUMMARY | BULLS BEARS | TOPICS | DATA CENTRAL DATA | STOCK CHART | FINANCIALS | SEC FILINGS | BALANCE INCOME CASH FLOW |
|---|---|---|---|---|---|---|---|---|

WMT » Topics » Trade Secrets

This excerpt taken from the WMT 8-K filed Jan 26, 2005.

*Trade Secrets*

Wal-Mart has invested in the development of systems, processes, products, know-how and technology that have made us a leader in the retail industry and give us a competitive edge. We call this information, know-how and technology our "trade secrets." All trade secrets must be kept confidential and secure. In addition to protecting our own trade secrets, it is our policy to respect the trade secrets of others. No Associate may reveal the trade secrets of the companies with which we conduct business. Associates should also keep the trade secrets of their former employers confidential. Wal-Mart will not tolerate the violation of confidentiality or secrecy agreements or the improper acquisition of protected information.

---

*Things to Remember!*

- Always protect and maintain the confidentiality of our trade secrets.

- If you have a question as to whether information is a trade secret, ask your supervisor.

- If your supervisor has questions, he or she should contact the Legal Department.

- Any creations or inventions that you make as a Wal-Mart Associate are the property of Wal-Mart, where permitted by law. In furtherance of this policy, you may be required to sign an invention disclosure that gives ownership of any such creations or inventions to Wal-Mart.

---

10

🎗 PARTNER CENTER      Vanguard Find a fund      optionshouse $475 Flat Rate Stocks

Terms of Service  Privacy Policy   Disclaimer

Xignite   Data providers

About   Blog   Press   Feedback   Help   Get involved      Powered By MediaWiki
Mobile   Advertise   Licensing & Partnerships   Blogger Tools   Jobs

   Skip the spreadsheet. Track your investments automatically.    Start now   ✕

Wal-Mart (WMT)

**75.68**   0.19 (0.25%) as of Jun 20, 4:00 PM EDT

| | BULLS BEARS | | DATA | STOCK | | SEC | BALANCE INCOME |
|---|---|---|---|---|---|---|---|
| SUMMARY | | TOPICS | CENTRAL | CHART | | FILINGS | CASH FLOW |

## WMT » Topics » Antitrust

This excerpt taken from the WMT 8-K filed Jan 26, 2005.

*Antitrust*

Antitrust laws protect free enterprise by ensuring vigorous competition. These laws prohibit activities that restrain trade. Wal-Mart is committed to doing its part to preserve free enterprise by requiring that all Associates follow all applicable antitrust laws.

In general, antitrust laws prohibit:

- Any agreement with a competitor, customer or supplier that unreasonably restrains Wal-Mart's activities;

- Agreements or other conduct that unreasonably restrains Wal-Mart's competitors, customers or suppliers from doing something they might otherwise do in the normal course of their business; and

- Agreements or other conduct that has the purpose or effect of excluding Wal-Mart or our competitors, customers, or suppliers from a market or a part of a market.

The following are examples of activities that should be avoided under the antitrust laws:

- Agreements with competitors with respect to price, terms of sale, costs, profits, profit margins or the division or allocation of markets, territories, or customers;

- Exchanging any unpublished information concerning prices, terms of sale or any other competitive information with a competitor;

- Knowingly inducing a supplier to give a lower price or better terms to Wal-Mart than to a competitor of Wal-Mart, unless either: (1) it is based on actual differences in cost of manufacture, sale or distribution or (2) you believe another supplier will

19

offer the same goods at a lower price and you express that belief to the supplier (without specifically identifying the other supplier or the amount it is likely to bid);

- Tie-in sales, where the supplier refuses to sell product A to Wal-Mart unless Wal-Mart also buys product B, are illegal. Exclusive agreements to sell particular items may also be illegal in some circumstances; and

- Agreements to boycott a third party. It is not illegal for Wal-Mart to decide that it will not do business with other companies, but you should never discuss with others Wal-Mart's intention to do or not do business with such companies.

Various laws may also prohibit other types of activities, such as selling below cost, refusals to deal and certain trade association activities. For more information, see the Company's Competition Policy, OP-13.

---

**Things to Remember!**

- Develop Wal-Mart strategies and make all business decisions independently, without consultation with any Wal-Mart competitor.

- If you are in a situation where others discuss topics that raise antitrust concerns, explain that Wal-Mart does not engage in such conversations.

- If the discussion continues, remove yourself from the conversation and immediately report the incident.

- Avoid giving to, accepting from or discussing with a competitor any unpublished information concerning prices, terms and conditions of sale or any other competitive information.

- Antitrust violations can have severe consequences for individuals, including imprisonment, and can result in major financial penalties and embarrassment for Wal-Mart.

- If you have questions about any of the issues discussed in this section of the Statement of Ethics, you should contact the Legal Department.

# EXHIBIT "F"

Case 2:14-cv-01637-JAM-CMK Document 1 Filed 07/11/14 Page 36 of 41

*The
United
States
of
America*

## The Director of the United States Patent and Trademark Office

*Has received an application for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.*

*Therefore, this*

### United States Patent

*Grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America, or importing the design into the United States of America for the term of fourteen years from the date of grant of this patent.*



*Director of the United States Patent and Trademark Office*



# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*To avoid **CANCELLATION** of the registration, the owner of the registration must submit a declaration of continued use or excusable non-use between the fifth and sixth years after the registration date. (See next page for more information.) Assuming such a declaration is properly filed, the registration will remain in force for ten (10) years, unless terminated by an order of the Commissioner for Trademarks or a federal court. (See next page for information on maintenance requirements for successive ten-year periods.)*



*Director of the United States Patent and Trademark Office*

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

**United States Patent and Trademark Office**

Reg. No. 3,400,972
Registered Mar. 25, 2008

## TRADEMARK
### PRINCIPAL REGISTER

# STILES

STILES, SHARIDAN (UNITED STATES INDIVI-
DUAL)
2570 HARLAN DRIVE
REDDING, CA 96003

FOR: RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND
44).

FIRST USE 10-11-2004; IN COMMERCE 10-11-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-169,393, FILED 4-30-2007.

BENJAMIN ALLEN, EXAMINING ATTORNEY

# TM-Edition

## INTERNATIONAL CATALOGUE OF TRADEMARKS - 2012

**TM-Edition Ltd.**
Széchenyi tér 17.
2000 Szentendre
HU

Tax ID: HU14300561

Bank: MKB Bank Zrt.
SWIFT: MKKB HU HB
IBAN: HU57 1030 0002 1056 3675 4902 0011

**Date:** 03 May 2012

Stiles Personal Care, Inc

2570 Harlan Drive Redding

CALIFORNIA 96003

USA

## TRADEMARK



**OWNER**
Stiles Personal Care, Inc

2570 Harlan Drive Redding

CALIFORNIA 96003

USA

**CLASSES OF GOODS
AND SERVICES:**
3 8 20

The above mentioned data constitute a sample registration. If you transfer the amount indicated, you automatically approve this offer for listing in the TM-Edition 2012. In case of any changes, please kindly inform us via e-mail (info@tmedition.com). After printing you will receive a complimentary copy of the publication. Above sum is payable in advance, by remitting a cheque, or by money transfer.

### Payment instructions

In case of bank transfer, please specify your reference number to able to identify all the customers precisely.

Thank you in advance!

Management

Reference No.: 20429267

| | |
|---|---|
| Registration costs | USD 1650,00 |
| Extra charges | USD 00,00 |
| **Total** | **USD 1650,00** |

Int. Cl.: 8

Prior U.S. Cls.: 23, 28 and 44

**Reg. No. 3,400,972**

**United States Patent and Trademark Office**  **Registered Mar. 25, 2008**

**TRADEMARK**
**PRINCIPAL REGISTER**

# STILES

STILES, SHARIDAN (UNITED STATES INDIVI-
DUAL)
2570 HARLAN DRIVE
REDDING, CA 96003

FOR: RAZORS, IN CLASS 8 (U.S. CLS. 23, 28 AND
44).

FIRST USE 10-11-2004; IN COMMERCE 10-11-2004.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-169,393, FILED 4-30-2007.

BENJAMIN ALLEN, EXAMINING ATTORNEY

# TM-Edition

## INTERNATIONAL CATALOGUE OF TRADEMARKS - 2012

**TM-Edition Ltd.**
Széchenyi tér 17.
2000 Szentendre
HU

Tax ID: HU14300561

Bank: MKB Bank Zrt.
SWIFT: MKKB HU HB
IBAN: HU57 1030 0002 1056 3675 4902 0011

**Date:** 03 May 2012

Stiles Personal Care, Inc

2570 Harlan Drive Redding

CALIFORNIA 96003

USA

## TRADEMARK



**OWNER**
Stiles Personal Care, Inc

2570 Harlan Drive Redding

CALIFORNIA 96003

USA

**CLASSES OF GOODS
AND SERVICES:**
3 8 20

The above mentioned data constitute a sample registration. If you transfer the amount indicated, you automatically approve this offer for listing in the TM-Edition 2012. In case of any changes, please kindly inform us via e-mail (info@tmedition.com). After printing you will receive a complimentary copy of the publication. Above sum is payable in advance, by remitting a cheque, or by money transfer.

### Payment Instructions

In case of bank transfer, please specify your reference number to able to identify all the customers precisely.

Thank you in advance!

Management

Reference No.: 20429267

| | | |
|---|---|---|
| Registration costs | USD | 1650,00 |
| Extra charges | USD | 00,00 |
| **Total** | **USD** | **1650,00** |