1    KILPATRICK TOWNSEND & STOCKTON LLP
     HOLLY GAUDREAU (State Bar No. 209114)
2    Two Embarcadero Center Eighth Floor
     San Francisco, CA  94111
3    Telephone:  (415) 576-0200
     Facsimile:  (415) 576-0300
4    Email: hgaudreau@kilpatricktownsend.com

5    Attorneys for Defendant
     COTY, INC.

6

7

8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10                            SACRAMENTO DIVISION

11   SHARIDAN STILES, Individual,              Case No. 2:14-CV-01637-JAM CMK

12               Plaintiff,                    **ORDER GRANTING DEFENDANT
                                               COTY, INC.'S** *EX PARTE*
13          v.                                 **APPLICATION FOR INITIAL
                                               EXTENSION OF TIME TO RESPOND
14                                             TO AMENDED COMPLAINT**

15   WAL MART STORES, Inc.; PACIFIC
     WORLD CORP; AMERICAN                      **[L.R. 144 (c)]**
16   INTERNATIONAL INDUSTRIES, INC.;
     COTY, INC.; and DOES 1 to 100,            Current Due Date:  August 8, 2014
17                                             Requested Extension:  September 5, 2014
                 Defendants.

18

19

20

21

22

23

24

25

26

27

28

     [PROPOSED] ORDER GRANTING DEFENDANT COTY, INC.'S *EX PARTE* APPLICATION
     FOR INITIAL EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT
     Case No. 2:11-CV-01637-JAM CMK

1

**[PROPOSED] ORDER**

2          Upon consideration of the *ex parte* application submitted in this matter, Defendant Coty,

3    Inc.'s request to extend its time to respond to the Amended Complaint is hereby granted.  The

4    answer filed on August 8, 2014, is considered timely.

5

6    Dated:  August 14, 2014

7                                                        _____
                                                         **CRAIG M. KELLISON**
8                                                        UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28