1
2
3
4
5
6            **IN THE UNITED STATES DISTRICT COURT**
7          **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8
9   SHARIDAN STILES, et al.,              No. 2:14-CV-1637-JAM-CMK
10             Plaintiffs,
11        vs.                             ORDER
12   WAL MART STORES, INC., et al.,
13             Defendants.
14   _____/
15             Plaintiff, who is proceeding pro se, brings this civil action.  Plaintiff has filed a
16   notice of voluntary dismissal (Docs. 40 and 41).  Because no answer to the complaint or motion
17   for summary judgment has been filed by any opposing party, leave of court is not required and
18   the action is dismissed, without prejudice, on plaintiff's notice.  See Fed. R. Civ. P.
19   41(a)(1)(A)(I).  The Clerk of the Court is directed to terminate all pending motions as moot and
20   close this file.
21             IT IS SO ORDERED.
22
23    DATED:  December 9, 2014
24                                        _____
                                          **CRAIG M. KELLISON**
25                                        UNITED STATES MAGISTRATE JUDGE
26

                                          1